IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LESLIE AVANT, | § | |
|    *Plaintiff,* | § | |
| | § | Case No. 6:11-cv-00177 |
| v. | § | |
| | § | |
| EAST TEXAS MEDICAL CENTER, | § | |
|    *Defendant*. | § | |

## ORDER OF DISMISSAL

On June 7, 2012, a Stipulation of Dismissal signed by counsel for each party was filed. Based upon the Stipulation of Dismissal, it is ORDERED that the above cause is DISMISSED in its entirety with prejudice. Each party shall bear its own court costs.

**So ORDERED and SIGNED this 8th day of June, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**